**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7622

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

CLAUDIO OTERO, JR., a/k/a Bill,

             Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, Senior
District Judge.  (6:99-cr-70054-NKM-6)

Submitted:  March 15, 2012          Decided:  March 27, 2012

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Claudio Otero, Jr., Appellant Pro Se.   Anthony Paul Giorno,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudio Otero, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Otero, No. 6:99-cr-70054-NKM-6 (W.D. Va. Nov 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED